UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLOS RIVAS,<br><br>                    Defendant. | **Affirmation in Support of Application for Order of Continuance**<br><br>25 Mag. 2397 |

State of New York              )
County of New York           : ss.:
Southern District of New York )

      Rita Maxwell, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

      1.      I am an Assistant United States Attorney in the Office of Jay Clayton, United States Attorney for the Southern District of New York.  I submit this affirmation in support of an application for an order of continuance of the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A).

      2.      The defendant was charged in a complaint dated July 30, 2025, with a violation of 18 U.S.C. § 2252A.  The defendant was arrested on August 6, 2025, and was presented in this District before Magistrate Judge Robert Lehrburger on that same date, at which proceeding the defendant was represented by Joy Chen, Esq., and ordered released on bail with certain conditions.

      3.      At the presentment on July 30, 2025, a preliminary hearing was scheduled for September 5, 2025, after defense counsel consented to extend the deadline within which to conduct a preliminary hearing.  Under the Speedy Trial Act, the Government has until September 5, 2025, within which to file an indictment or information.  *See* 18 U.S.C. § 3161(b).

4. Defense counsel and I have had discussions regarding a possible disposition of this case. The parties plan to continue our discussions, but do not anticipate a resolution before September 5, 2025.

7. Therefore, the Government requests a 14-day continuance until September 19, 2025, to continue the foregoing discussions toward resolving this matter. On August 29, 2025, I personally corresponded with defense counsel, who stated that the defendant consents to an extension of the preliminary hearing and Speedy Trial Act deadlines to September 19, 2025, and has specifically consented to this request. This application has been authorized by Assistant United States Attorney Andrew Dember, Deputy Chief of the Criminal Division.

8. For the reasons stated above, good cause supports the extension of the preliminary hearing deadline, and the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

Dated: New York, New York
August 31, 2025

*Rita Maxwell*
———————————————
Rita Maxwell
Assistant United States Attorney
(212) 637-2206